UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Robert VINCENT,<br><br>Defendant(s) | Magistrate Case No.<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii)<br>Transportation of Illegal<br>Aliens |

The undersigned complainant, being duly sworn, states:

On or about **June 21, 2008,** within the Southern District of California, defendant **Robert VINCENT** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Adan GUERRERO-Rodriguez, Maribel CARMONA-Perez,** and **Anayeli CARMONA-Gonzalez** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 23rd DAY OF JUNE 2008

Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Adan GUERRERO-Rodriguez, Maribel CARMONA-Perez,** and **Anayeli CARMONA-Gonzalez** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On June 21, 2008 at approximately 5:39 p.m., Border Patrol Agent N. Golda was conducting primary inspection duties at the Interstate 8 Border Patrol Checkpoint located in the westbound lanes near Pine Valley, California. All checkpoint warning signs, cones, and lights were in place and operational. Agent Golda observed a green Volvo sedan enter the primary inspection area with one visible occupant.

Agent Golda observed that the driver was a caucasian male with a large grey beard and was visibly nervous. Agent Golda verbally identified himself to the driver as a Border Patrol Agent and questioned the driver as to his citizenship. The driver stated that he was a U.S. citizen. Agent Golda observed that the vehicle was heavily laden, and did not see any other cargo in the rear of the passenger area of the Volvo. Agent Golda referred the driver into secondary inspection for further investigation.

Border Patrol Agent J. Munoz was in the secondary inspection area to receive the green Volvo. Agent Munoz identified himself as a Border Patrol agent and asked the driver to state his country of citizenship. The driver said he was a U.S. citizen and added, "It's not my car". Agent Munoz asked the driver for permission to search the trunk of the car and the driver handed him the keys and said "I don't care, it's not my car, I don't know what is back there".

Agent Munoz opened the trunk of the Volvo and observed three people in the trunk. Agent Munoz identified himself and questioned them as to their citizenship and immigration status. Each person said they were citizens of Mexico who had recently illegally crossed into the United States. Agent Munoz arrested the driver, later identified as defendant **Robert VINCENT**, for alien smuggling. The three people concealed in the trunk of the Volvo were wearing clothing drenched in sweat and were mildly incoherent for a short time while lying in the trunk of the car. The air temperature at that time was approximately 104 degrees Fahrenheit and the surface temperature of the asphalt temperature was approximately 116 degrees Fahrenheit. The three smuggled aliens were helped out of the trunk of the car and taken in custody.

## DEFENDANT STATEMENT:

The defendant stated that a friend named Ophelia picked him up on June 20, 2008 in Chula Vista, California and drove him to the Golden Acorn Casino in Boulevard, California. The defendant said he had approximately $50.00 with him at that time. The defendant said he arrived at the Casino at approximately 5:30 P.M. the previous morning and he met with a friend named "Tony" who offered to loan a car to him. The defendant said he was expected to drive the car back home to Chula Vista, and return several hours later. The defendant said he exited the casino near the food market and an unidentified man pulled up in a green Volvo.

CONTINUATION OF COMPLAINT:
Robert VINCENT



The defendant said he entered onto the interstate traveling westbound. The defendant said he pulled into the Border Patrol checkpoint and did not know that there were three people in the trunk of the car he was driving. The defendant said he was angry at his friend of seven years, "Tony", and he wanted to have a few words with him. The defendant also stated that he is currently out of work and in need of money.

## MATERIAL WITNESSES STATEMENTS:

Material Witnesses **Adan GUERRERO-Rodriguez, Maribel CARMONA-Perez,** and **Anayeli CARMONA-Gonzalez,** stated that they are citizens and nationals of Mexico illegally present in the United States without any immigration documents allowing them to be in the United States legally. All material witnesses stated that they were to pay approximately $2,000.00 U.S. dollars to be smuggled into the United States.